AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lowell Gates<br>DOB: ▓▓▓▓<br><br>*Defendant(s)* | Case: 1:23−mj−00191<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/1/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*                                         *Offense Description*

18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon ,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ,
18 U.S.C. § 1752(a)(4) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Violent Conduct in a Capitol Building or Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▓▓▓▓▓▓▓▓▓▓
*Complainant's signature*

▓▓▓ Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___08/05/2023___

*Judge's signature*

City and state: ___Washington, D.C.___   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*