## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br> LOWELL GATES  )<br>  )<br>  Defendant.  ) | Case no. 1:23-mj-191 |

**NOTICE OF ATTORNEY APPEARANCE**

Please note the appearance of Eugene Gorokhov, Esq., as counsel for Defendant Lowell Gates in the above-captioned matter.

    Respectfully submitted,

    By: /s/ Eugene Gorokhov
    Eugene Gorokhov (D.C. Bar No. 979785)
    BURNHAM & GOROKHOV, PLLC
    1750 K Street NW, Suite 300
    Washington, DC 20006
    Telephone: (202) 386-6920
    eugene@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this motion to be served upon counsel for the government via ECF and the unredacted version was served by email.

/s/ Eugene V. Gorokhov
Counsel for Mr. Gates