**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case no. 1:23-mj-191 |
| ) | |
| v. ) | |
| ) | |
| LOWELL GATES ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 44.1(d), Eugene Gorokhov, moves for the admission and appearance of attorney Jerry J. Russo *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jerry J. Russo. As set forth in Mr. Russo's Declaration, he is admitted and an active member in good standing with the following courts and bars: Middle District of Pennsylvania, Eastern District of Pennsylvania, Western District of Pennsylvania and the 3rd Circuit Court of Appeals. This motion is supported and signed by Eugene Gorokhov, an active and sponsoring member of the Bar of this Court.

Dated this  16th  day of August, 2023.

                                                                Respectfully submitted,

                                                                 By: /s/ Eugene Gorokhov
                                                                 Eugene Gorokhov (D.C. Bar No. 979785)
                                                                 BURNHAM & GOROKHOV, PLLC
                                                                 1750 K Street NW, Suite 300
                                                                 Washington, DC 20006
                                                                Telephone: (202) 386-6920
                                                                eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused this motion to be served upon counsel for the government via ECF and the unredacted version was served by email.

/s/ Eugene V. Gorokhov
Counsel for Mr. Gates