UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                         )<br>       Plaintiff,                                )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>LOWELL GATES                          )<br>                                                         )<br>       Defendant.                          ) | Case no. 1:23-mj-191 |

### DECLARATION OF JERRY J. RUSSO IN SUPPORT
### OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Jerry J. Russo, hereby declare:

1. My name, office address, and telephone number are as follows:
   300 Corporate Center Drive
   Suite 200
   Camp Hill, PA  17011

2. I have been admitted to the following courts and bars:
   Middle District of Pennsylvania
   Eastern District of Pennsylvania
   Western District of Pennsylvania
   3rd Circuit Court of Appeals

3. I am currently in good standing with all states, courts, and bars in which I am admitted, and certify that I have not been disciplined by any bar. Certificate of good standing is attached.

4. I have been admitted in this Court *pro hac vice* zero (0) times in the previous two (2) years.

5. I do not have an office located within the District of Columbia.

6. I have paid the $100.00 filing fee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of August, 2023.

                         Respectfully submitted,

                         Jerry J. Russo, Esquire
                         TUCKER ARENSBERG, P.C.
                         300 Corporate Center Drive
                         Suite 200
                         Camp Hill, PA  17011
                         (717) 234-4121