# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        }

                                }

Middle District of Pennsylvania }

    I, Peter J. Welsh, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify that  Jerry J. Russo  , Esquire was duly admitted to practice in said Court  June 10, 1991  , and is in good standing as a on member of the bar of said Court.

Dated at Scranton, Pennsylvania
on August 16, 2023

PETER J. WELSH, CLERK OF COURT

By  *s/ Emily C. Aikey*

Deputy Clerk