UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>  )<br>  Plaintiff,    )<br>  )<br>  v.    )<br>  )<br>LOWELL GATES    )<br>  )<br>  Defendant.    ) | case no. 1:23-mj-191 |

ORDER GRANTING MOTION FOR ADMISSION
OF ATTORNEY JERRY J. RUSSO *PRO HAC VICE*

The Court has reviewed the Defendant's Motion for Admission of JERRY J. RUSSO *pro hac vice*. Upon consideration of that motion, the Court grants attorney JERRY J. RUSSO *pro hac vice* admission to this Court, in the above captioned matter.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE