NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  **1:23-mj-191**

## LOWELL GATES
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**55717**
(Attorney & Bar ID Number)

Tucker Arensberg
(Firm Name)

300 Corporate Center Drive, Ste. 200
(Street Address)

Camp Hill, PA  17011
(City)    (State)    (Zip)

717-234-4121
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2023, I caused the Entry of Appearance to be served upon counsel for the government via ECF.

_____
Counsel for Mr. Gates