# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO. 23-MJ-00191-MAU** |
| : | |
| v. : | |
| : | |
| **LOWELL GATES** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant, through undersigned counsel, respectfully file this motion to continue the status conference now scheduled for Thursday, November 2, 2023, in the above-captioned matter until Tuesday, January 23, 2024, or a proximate date convenient to the Court. The defendant previously waived his right to a preliminary hearing, and the parties are seeking additional time to engage in plea negotiations, to calculate likely sentencing guidelines, and to review discovery.

The parties additionally request that the Court exclude the time until the status conference on or about Tuesday, January 23, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

//

//

//

//

1

For the reasons set forth above, the parties respectfully request that this motion be allowed and the attached Order entered.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    /s/ Craig Estes
        CRAIG ESTES
        Assistant United States Attorney
        United States Attorney's Office for the
        District of Columbia (detailee)
        Massachusetts Bar No. 670370
        craig.estes@usdoj.gov


        LOWELL GATES
        Defendant

By:    /s/ Jerry Russo
        JERRY RUSSO
        Tucker Arensberg, P.C.
        Attorney for Lowell Gates
        300 Corporate Center Drive
        Suite 200
        Camp Hill, PA 17011
        jrusso@tuckerlaw.com

<u>Certificate of Service</u>

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    /s/ Craig Estes
        CRAIG ESTES
        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-00191-MAU** |
| | : | |
| **v.** | : | |
| | : | |
| **LOWELL GATES** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representation in the Consent Motion to Continue the Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status conference on Thursday, November 2, 2023, be continued for good cause until Tuesday, January 23, 2024, at 1:00 p.m.; and it is further

ORDERED that the time between November 2, 2023, and January 23, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiation a potential pretrial resolution and the review discovery.

Date: _____

JUDGE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE