**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-00191-MAU** |
| | : | |
| v. | : | |
| | : | |
| **LOWELL GATES** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant, through undersigned counsel, respectfully file this motion to continue the status conference now scheduled for Tuesday, January 23, 2024, in the above-captioned matter until Thursday, March 21, 2024, or a proximate date convenient to the Court. The defendant previously waived his right to a preliminary hearing, and the parties are seeking additional time to engage in plea negotiations, to calculate likely sentencing guidelines, and to review discovery.

The parties additionally request that the Court exclude the time until the status conference on or about Thursday, March 21, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice by taking such actions outweighs the best interests of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

//

//

//

//

For the reasons set forth above, the parties respectfully request that this motion be allowed and the attached Order entered.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:    /s/ Craig Estes
         CRAIG ESTES
         Assistant United States Attorney
         United States Attorney's Office for the
         District of Columbia (detailee)
         Massachusetts Bar No. 670370
         craig.estes@usdoj.gov


                              LOWELL GATES
                              Defendant

By:    /s/ Jerry Russo
         JERRY RUSSO
         Tucker Arensberg, P.C.
         Attorney for Lowell Gates
         300 Corporate Center Drive
         Suite 200
         Camp Hill, PA 17011
         jrusso@tuckerlaw.com


<u>Certificate of Service</u>

I certify that a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:    /s/ Craig Estes
         CRAIG ESTES
         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-MJ-00191-MAU** |
| | : | |
| v. | : | |
| | : | |
| **LOWELL GATES** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Based upon the representation in the Consent Motion to Continue the Status Conference and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further ORDERED that the currently scheduled status conference on Tuesday, January 23, 2024, be continued for good cause until Thursday, March 21, 2024, at 1:00 p.m.; and it is further

ORDERED that the time between Tuesday, January 23, 2024, and Thursday, March 21, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy indictment and trial, as a continuance will provide the parties additional time to continue negotiation a potential pretrial resolution and the review discovery.

Date: _____

JUDGE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE